UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IUOE LOCAL 324 RETIREMENT TRUST FUND, et al

    Plaintiff(s),

v.

LGC GLOBAL FM, LLC., et al

    Defendant(s).
_____/

Case No. 17-13921

Judge Linda V. Parker

Magistrate Judge Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __61__, filed __1/30/2020__, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☑ Other: Incorrect Date on Order

If you need further clarification or assistance, please contact __Richard Loury__ at __(313) 234-5524__.

DAVID J. WEAVER, CLERK OF COURT

Dated: January 30, 2020

s/Richard Loury
Deputy Clerk